UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRINA FIBBIO, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE & CO. and EARLY WARNING SERVICES, LLC, d/b/a ZELLE,<br><br>      Defendants. | Case No. 23-cv-04239 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Irina Fibbio, by and through counsel, hereby discontinues this action without prejudice in its entirety as against all defendants. The parties shall bear their own costs and expenses, including any attorneys' fees.

Dated: July 21, 2023
Brooklyn, New York

                     Respectfully submitted,

                     HELD & HINES, LLP

                     By: _____
                        Philip M. Hines

                     2004 Ralph Avenue
                     Brooklyn, NY 11234
                     (718) 531-9700
                     phines@heldhines.com

                     *Counsel for Plaintiff Irina Fibbio*