UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRINA FIBBIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO. and EARLY WARNING SERVICES, LLC, d/b/a ZELLE,<br><br>Defendants. | Case No. 23-cv-04239 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Irina Fibbio, by and through counsel, hereby discontinues this action without prejudice in its entirety as against all defendants. The parties shall bear their own costs and expenses, including any attorneys' fees.

Dated: July 21, 2023
Brooklyn, New York

Respectfully submitted,

HELD & HINES, LLP

By: _____
Philip M. Hines

2004 Ralph Avenue
Brooklyn, NY 11234
(718) 531-9700
phines@heldhines.com

*Counsel for Plaintiff Irina Fibbio*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/24/2023

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*